UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTHONY CHANEY,

                Plaintiff,                Case No. 1:15cv672

v.                                            Hon. Robert J. Jonker

FITZPATRICK ACQUISTIIONS, LLC,

                Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 29, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 29, 2016, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that defendant's motion for summary judgment is **DENIED.**

        **IT IS ORDERED** that plaintiff's claim for relief under Title II is **DISMISSED**.

        **IT IS FURTHER ORDERED** that the state law claims are **DISMISSED.**

        This case is **CLOSED.**

                                                      /s/Robert J. Jonker
                                                        Robert J. Jonker
                                            Chief United States District Judge

Dated:  February 22, 2016